**WALKER & MANN LLP**
Douglas K. Mann, State Bar No. 157897
dmann@walkermann.com
Jeffrey K. Keyes, State Bar No. 230851
jkeyes@walkermann.com
Laura L. Hummasti, State Bar No. 302715
lhummasti@walkermann.com
10832 Laurel Street, Suite 204
Rancho Cucamonga, California 91730
Telephone:  (909) 989-3200
Facsimile:   (909) 697-2182

Attorneys for Defendant
RODNEY TAMPARONG

Exempt from Filing Fees
Per Gov't Code § 6103

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT RECOVERY SERVICE, | **Case No.:  5:20-cv-02288 CAS (SHKx)** |
| Plaintiff, | Hon. Judge Christina A. Snyder<br>Courtroom 8D |
| v. | **ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SAN BERNARDINO COUNTY, RODNEY TAMPARONG, DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed:   11/2/2020<br>Trial Date:          None |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Defendant, RODNEY TAMPARONG, now answers the First Amended Complaint for Damages and Demand for Jury Trial filed by plaintiff PARAMOUNT RECOVERY SERVICE in Case Number 5:20-cv-002288-CAS-SHK and denies any and all such allegations, and further admits or denies the specific allegations of the First Amended Complaint and states all applicable affirmative defenses, as follows:

///

///

///

# I.

## JURISDICTION AND VENUE

1.     In answer to Paragraph 1 of the First Amended Complaint, Defendant denies there was any violations of plaintiff's rights under the United States Constitution. Defendant admits the remainder of the jurisdictional allegations of this paragraph.

2.     In answer to Paragraph 2 of the First Amended Complaint, Defendant admits the jurisdictional allegations of this paragraph.

3.     In answer to Paragraph 3 of the First Amended Complaint, Defendant admits the jurisdictional allegations of this paragraph.

# II.

## PARTIES

4.     In answer to Paragraph 4 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the allegations of this paragraph and denies the allegations on that basis.

5.     In answer to Paragraph 5 of the First Amended Complaint, Defendant admits the factual allegations of this paragraph.

6.     In answer to Paragraph 6 of the First Amended Complaint, Defendant admits the factual allegations of this paragraph.

7.     In answer to Paragraph 7 of the First Amended Complaint, Defendant admits he is an employee of County of San Bernardino and not the "San Bernardino County Sheriff's Department".   Defendant admits the remainder of the factual allegations of this paragraph.

8.     In answer to Paragraph 8 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the allegations of this paragraph and denies the allegations on that basis.

9.     In answer to Paragraph 9 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the allegations of this paragraph and denies the allegations on that basis.

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

137653  1004-023

10.     In answer to Paragraph 10 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the allegations of this paragraph and denies the allegations on that basis.

11.     In answer to Paragraph 11 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the allegations of this paragraph and denies the allegations on that basis.

12.     In answer to Paragraph 12 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the allegations of this paragraph and denies the allegations on that basis.

**III.**

**FACTUAL ALLEGATIONS**

13.     In answer to Paragraph 13 of the First Amended Complaint, Defendant admits a search warrant was executed on November 4, 2019.  Defendant denies the remaining factual allegations contained in this paragraph.

14.     In answer to Paragraph 14 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the allegations of this paragraph and denies the allegations on that basis.

15.     In answer to Paragraph 15 of the First Amended Complaint, Defendant admits contact with representatives of PARAMOUNT on November 4, 2019. Defendant denies the remaining factual allegations contained in this paragraph.

16.     In answer to Paragraph 16 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

17.     In answer to Paragraph 17 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

18.     In answer to Paragraph 18 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

19.     In answer to Paragraph 19 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

137653 1004-023

## IV.

## **FIRST CAUSE OF ACTION**

20.    In answer to Paragraph 20 of the First Amended Complaint, Defendant realleges and incorporates by this reference the responses set forth above in paragraphs 1 through 19.

21.    In answer to Paragraph 21 of the First Amended Complaint, Defendant admits he was a law enforcement officer at all times material to the First Amended Complaint.   Defendant denies the remaining factual allegations contained in this paragraph.   Defendant interprets the remaining allegations as legal conclusions not requiring a response.

22.    In answer to Paragraph 22 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

23.    In answer to Paragraph 23 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

24.    In answer to Paragraph 24 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

25.    In answer to Paragraph 25 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

26.    In answer to Paragraph 26 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

27.    In answer to Paragraph 27 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

28.    In answer to Paragraph 28 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

29.    In answer to Paragraph 29 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

30.    In answer to Paragraph 30 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

137653  1004-023

31.     In answer to Paragraph 31 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

32.     In answer to Paragraph 32 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

## V.

## SECOND CAUSE OF ACTION

33.     In answer to Paragraph 33 of the First Amended Complaint, Defendant realleges and incorporates by this reference the responses set forth above in paragraphs 1 through 32.

34.     In answer to Paragraph 34 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the allegations of this paragraph and denies the allegations on that basis.

35.     In answer to Paragraph 35 of the First Amended Complaint, Defendant interprets the legal conclusions set forth in this paragraph as requiring no response. Defendant lacks sufficient information or belief concerning the remaining factual allegations of this paragraph and denies the allegations on that basis.

36.     In answer to Paragraph 36 of the First Amended Complaint, Defendant denies the allegations as alleged against him.  Defendant lacks sufficient information or belief concerning the remaining factual allegations of this paragraph and denies the allegations on that basis.

37.     In answer to Paragraph 37 of the First Amended Complaint, Defendant denies the allegations as alleged against him.  Defendant lacks sufficient information or belief concerning the remaining factual allegations of this paragraph and denies the allegations on that basis.

38.     In answer to Paragraph 38 of the First Amended Complaint, Defendant lacks sufficient information or belief concerning the remaining factual allegations of this paragraph and denies the allegations on that basis.

39.     In answer to Paragraph 39 of the First Amended Complaint, Defendant

137653  1004-023

1  denies the allegations as alleged against him.  Defendant lacks sufficient information or
2  belief concerning the remaining factual allegations of this paragraph and denies the
3  allegations on that basis.

4    a.  In answer to 39 sub (a) of the First Amended Complaint, Defendant
5      denies the allegations as alleged against him. Defendant lacks
6      sufficient information or belief concerning the remaining factual
7      allegations of this paragraph and denies the allegations on that basis.

8    b.  In answer to 39 sub (b) of the First Amended Complaint, Defendant
9      denies the allegations as alleged against him. Defendant lacks
10     sufficient information or belief concerning the remaining factual
11     allegations of this paragraph and denies the allegations on that basis.

12   c.  In answer to 39 sub (c) of the First Amended Complaint, Defendant
13     denies the allegations as alleged against him. Defendant lacks
14     sufficient information or belief concerning the remaining factual
15     allegations of this paragraph and denies the allegations on that basis.

16   40. In answer to Paragraph 40 of the First Amended Complaint, Defendant
17 lacks sufficient information or belief concerning the factual allegations of this
18 paragraph and denies the allegations on that basis.

19   41. In answer to Paragraph 41 of the First Amended Complaint, Defendant
20 lacks sufficient information or belief concerning the factual allegations of this
21 paragraph and denies the allegations on that basis.

22   42. In answer to Paragraph 42 of the First Amended Complaint, Defendant
23 denies the allegations as alleged against him.  Defendant lacks sufficient information or
24 belief concerning the remaining factual allegations of this paragraph and denies the
25 allegations on that basis.

26   43. In answer to Paragraph 43 of the First Amended Complaint, Defendant
27 lacks sufficient information or belief concerning the factual allegations of this
28 paragraph and denies the allegations on that basis.

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

44.   In answer to Paragraph 44 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

45.   In answer to Paragraph 45 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

## VI.

## **THIRD CAUSE OF ACTION**

46.   In answer to Paragraph 46 of the First Amended Complaint, Defendant realleges and incorporates by this reference the responses set forth above in paragraphs 1 through 45.

47.   In answer to Paragraph 47 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

48.   In answer to Paragraph 48 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

49.   In answer to Paragraph 49 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

50.   In answer to Paragraph 50 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

## VII.

## **FOURTH CAUSE OF ACTION**

51.   In answer to Paragraph 51 of the First Amended Complaint, Defendant realleges and incorporates by this reference the responses set forth above in paragraphs 1 through 50.

52.   In answer to Paragraph 52 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

53.   In answer to Paragraph 53 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

54.   In answer to Paragraph 54 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

55.     In answer to Paragraph 55 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

56.     In answer to Paragraph 56 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

**VII.**

**FIFTH CAUSE OF ACTION**

57.     In answer to Paragraph 57 of the First Amended Complaint, Defendant realleges and incorporates by this reference the responses set forth above in paragraphs 1 through 56.

58.     In answer to Paragraph 58 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

59.     In answer to Paragraph 59 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

60.     In answer to Paragraph 60 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

61.     In answer to Paragraph 61 of the First Amended Complaint, Defendant denies each and every allegation contained in this paragraph.

**IX.**

**PRAYER FOR RELIEF ON ALL CAUSES OF ACTION**

Answering Paragraphs 1, 2, 3, 4, 5, and 6 in this section, Defendant denies that Plaintiff is entitled to any of the relief requested.

**X.**

**DEFENDANT'S AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

62.     Any injury or damages to Plaintiff herein were proximately caused by the negligence of the Plaintiff, in that said, Plaintiff failed to exercise ordinary care under the circumstances.  Plaintiff is, therefore, barred from recovery herein, or, if any liability is found on the part of the Defendant, the Plaintiff's recovery shall be reduced on the

basis of Plaintiff's contributory comparative fault.

## SECOND AFFIRMATIVE DEFENSE

63.   The injuries and damages alleged by Plaintiff, if any were proximately caused by the actions, omissions and liability of other persons and the liability of all responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of Defendant, if any, should be reduced accordingly and apportioned pursuant to California Civil Code sections 1431-1437.

## THIRD AFFIRMATIVE DEFENSE

64.   Plaintiff failed to mitigate its damages, if any, and is therefore barred from recovery herein, or in the alternative, should have the damages reduced by that amount attributable to the failure to mitigate.

## FOURTH AFFIRMATIVE DEFENSE

65.   The Complaint fails to state facts sufficient to constitute a cause of action against this answering Defendant.

## FIFTH AFFIRMATIVE DEFENSE

66.   Defendant acted in good faith and did not directly or indirectly perform any acts whatsoever which would constitute a violation of any rights possessed by Plaintiff, or any duty owed to plaintiff.  Harlow v. Fitzgerald (1982) 457 U.S. 800.

## SIXTH AFFIRMATIVE DEFENSE

67.   At all relevant times, Defendant acted in good faith and with probable cause and entertained an honest reasonable belief that the Defendant's actions were reasonable and necessary thereby precluding plaintiff from maintaining any cause of action for violation of civil rights.  Pierson v. Ray (1967) 386 U.S. 547.

## SEVENTH AFFIRMATIVE DEFENSE

68.   At no time relevant to this litigation was the Due Process Clause of the United States Constitution implicated, because the conduct of Defendant was, at most, a mere negligent act of an official causing unintended loss of or injury to life, liberty or property and the Plaintiff is, therefore, precluded from maintaining their causes of

action for violations of their civil rights.  <u>Daniels v. Williams</u> (1986) 447 U.S. 327.

<b><u>EIGHTH AFFIRMATIVE DEFENSE</u></b>

69.      Defendant is not liable for any injury caused by any misrepresentation, whether or not such a misrepresentation be negligent or intentional.  Cal. <u>Gov. Code</u> § 822.2.

<b><u>PRAYER</u></b>

WHEREFORE, the answering Defendant prays that:

1.      Plaintiff takes nothing by reason of the First Amended Complaint;

2.      For costs of suit herein incurred;

3.      For defense costs, including reasonable attorney fees; and,

4.      For such other and further relief as the Court may deem just and proper.

DATED:  January 25, 2021              WALKER & MANN LLP


By: /s/ Jeffery K. Keyes
Douglas K. Mann
Jeffrey K. Keyes
Laura L. Hummasti
Attorneys for Defendant
RODNEY TAMPARONG

<b><u>DEMAND FOR JURY TRIAL</u></b>

1.      Defendant, RODNEY TAMPARONG, hereby demands a trial by jury on all issues triable by a jury in the above-entitled action.

DATED:  January 25, 2021              WALKER & MANN LLP


By: /s/ Jeffery K. Keyes
Douglas K. Mann
Jeffrey K. Keyes
Laura L. Hummasti
Attorneys for Defendant
RODNEY TAMPARONG

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

137653  1004-023