Name and address:
Jeffrey A. Walker, State Bar No. 179734
Jeffrey K. Keyes, State Bar No. 230851
WALKER LAW GROUP LLP
10832 Laurel Street, Suite 204
Rancho Cucamonga, CA 91730
Attorneys for Defendant
RODNEY TAMPARONG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PARAMOUNT RECOVERY SERVICE, PLAINTIFF(S) v. SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, et al. DEFENDANT(S) | CASE NUMBER: 5:20-cv-02288 CAS (SHKx) REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |
|---|---|

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Jeffrey A. Walker                          CA Bar Number: 179734

Firm or agency: WALKER LAW GROUP LLP

Address: 10832 Laurel Street, Suite 204, Rancho Cucamonga, CA 91730

Telephone Number: (909) 989-3200       Fax Number: (909) 697-2182

E-mail: jwalker@walkerlawllp.com

Counsel of record for the following party or parties: RODNEY TAMPARONG

Other members of the same firm or agency also seeking to withdraw:
Jeffrey K. Keyes, State Bar No. 230851; jkeyes@walkerlawllp.com

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: John M. Fujii   CA Bar Number: 172718

Firm or agency: Silver & Wright LLP

Address: 3 Corporate Park, Suite 100, Irvine, CA 92606

Telephone Number: (949) 385-6431   Fax Number: (949) 385-6428

E-mail: JFujii@SilverWrightLaw.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: January 18, 2022   Signature: [signature]

Name: Jeffrey A. Walker

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: January 19, 2022   Signature: [signature]

Name: John M. Fujii

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 1/19/2022   Signature: [signature]

Name: Rodney Tamparong

Title: Defendant

G-01 (06/13)   REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL   Page 2 of 2

**PROOF OF SERVICE**
**[C.C.P. §§ 1011, 1013, 1013(a), 2015.5]**
**[C.R.C., Rule 2.306]**

I am employed in the County of San Bernardino, State of California. I am over the age of 18 years and not a party to this action. My business address is 10832 Laurel Street, Suite 204, Rancho Cucamonga, California 91730.

On the date set forth below, I served the following document(s) described as **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL (AS TO DEFENDANT RODNEY TAMPARONG)** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:** The envelope was mailed with postage thereof fully prepaid, for collection and mailing on that date following ordinary business practices in the United States Mail in Rancho Cucamonga, California, addressed as shown below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION:** By transmitting via facsimile on this date from fax number (909) 697-2182 the foregoing documents to the addressee at the facsimile number indicated therefor. The transmission was completed before 5:00 p.m. The facsimile machine I used complied with California Rules of Court, Rule 2.301 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306.

☐ **BY OVERNIGHT DELIVERY:** By depositing copies of the above document(s) in a box or other facility regularly maintained by FEDERAL EXPRESS, in an envelope or package designed by FedEx with delivery fees paid or provided for and sent to the person(s) named on the attached service list [C.C.P. §§ 1013, 2015.5].

☒ **BY ELECTRONIC SERVICE:** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed on the service list. This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. A physical copy is available upon request only.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on January 21, 2022, at Rancho Cucamonga, California.

*Diane Good*
DIANE GOOD

## **SERVICE LIST**

Paramount Recovery Service v. Rodney Tamparong

WLG File No.:  1004-032

| **Counsel of Record** | **Phone / Fax / Email** | **Party** |
|---|---|---|
| Alexandra S. Kazarian<br>Benjamin Jared Meiselas<br>Mark John Geragos<br>Geragos and Geragos APC<br>644 South Figueroa Street<br>Los Angeles, CA 90017 | Tel  (213) 290-2478<br>Fax (213) 232-3255<br><br>Email:<br>ak@geragos.com<br>ben@geragos.com<br>mark@geragos.com | Attorneys for Plaintiff<br>PARAMOUNT RECOVERY SERVICE |
| Michelle Danielle Blakemore<br>Adam Miederhoff<br>San Bernardino County Counsel<br>385 North Arrowhead Avenue<br>4th Floor<br>San Bernardino, CA 92415 | Tel  (909) 387-5445<br>Fax (909) 387-4069<br><br>Email:<br>mblakemore@cc.sbcounty.gov<br>adam.miederhoff@cc.sbcounty.gov | Attorneys for Defendants<br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT and COUNTY OF SAN BERNARDINO |