UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT RECOVERY SERVICE, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SAN BERNARDINO COUNTY, RODNEY TAMPARONG, DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  5:20-cv-02288-CAS-SHKx<br><br>**(PROPOSED) ORDER RE STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>Current Dates<br>FPTC: October 3, 2022<br>Trial Date: October 25, 2022<br><br>~~Proposed~~ Dates<br>FPTC: January 9, 2023<br>Trial Date: January 24, 2023<br><br>Honorable District Court Judge<br>Christina A. Snyder<br><br>Honorable Magistrate Judge<br>Shashi H. Kewalramani |

## **ORDER**

The Court having considered the Stipulation of Plaintiffs and Defendant to Continue Trial in this case, and good cause appearing therefore, Orders as follows:

////

1

STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES

1. Factual Discovery Cut-off date is continued from June 6, 2022, to **September 6, 2022**;
2. Last Day to File Motions is continued from August 5, 2022, to **November 4, 2022**;
3. Exchange of Expert Reports Cut-off is continued from July 11, 2022, to **October 11, 2022**;
4. Exchange of Rebuttal Reports Cut-off is continued from August 1, 2022, to **November 1, 2022**;
5. Expert Discovery Cut-off is continued from August 15, 2022, to **November 14, 2022**;
6. Status Conference re: Settlement (11:00 A.M.) is continued from April 18, 2022, to **July 18, 2022**;
7. Pretrial Conference/Hearing on Motions in Limine (11:00 A.M.) is continued from October 3, 2022, to **January 9, 2023**; and
8. Jury Trial (9:30 A.M.) is continued from October 25, 2022, to **January 24, 2023**.

IT IS SO ORDERED.

Dated: February 18, 2022          By. *Christina A. Snyder*
                                  Honorable District Court Judge
                                  Christina A. Snyder

STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On February 18, 2022, I served the following documents (*specify*): PROPOSED ORDER RE STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES

I served the documents on the persons below, as follows:

| | |
|---|---|
| Mark J. Geragos & Ben J. Meiselas<br>Geragos & Geragos<br>644 South Figueroa Street<br>Los Angeles, CA 90017-3411<br>Phone: (213) 625-3900<br>Facsimile: (213) 625-1600<br>mark@geragos.com<br>geragos@ecf.courtdrive.com<br>geragos@geragos.com | Attorney for Plaintiff |
| John Fujii, Esq.<br>Silver & Wright LLP<br>3 Corporate Park Ste 100<br>Irvine, CA 92606-5159<br>Phone: 949-385-6431<br>JFujii@SilverWrightLaw.com | Attorney for Defendant TAMPARONG |

The documents were served by the following means:

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and *(specify one)*:
(1) ☐ deposited the sealed envelope on _____, 2020, with the United States Postal Service, in San Bernardino, California with postage fully prepaid.
(2) ☒ placed the envelope for collection and mailing, on February 18, 2022, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing envelopes for mailing. On the same day that an envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.
I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
JUSTIN M. HAZELTON, Declarant