JS-6

ADAM L. MIEDERHOFF (CA State Bar No. 261913)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5446
Facsimile: (909) 387-4069
E-Mail:  adam.miederhoff@cc.sbcounty.gov

Attorneys for Defendant, County of San Bernardino

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT RECOVERY SERVICE, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, SAN BERNARDINO COUNTY, RODNEY TAMPARONG, DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  5:20-cv-02288-CAS-SHKx<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Honorable District Court Judge<br>Christina A. Snyder<br><br>Honorable Magistrate Judge<br>Shashi H. Kewalramani |

Pursuant to the Stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above captioned action be and hereby is dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii).

**IT IS SO ORDERED**

Dated: February 24, 2023          _/s/ Christina A. Snyder_

HONORABLE CHRISTINA A. SNYDER,
UNITED STATES DISTRICT JUDGE